DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

JOEL RODRIGUEZ,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

_____

No. 2D2024-0992
_____

September 26, 2025

Appeal from the Circuit Court for Sarasota County; Dana M. Moss, Judge.

Blair Allen, Public Defender, and Gustavo J. Garcia-Montes, Special Assistant Public Defender, Bartow, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.


PER CURIAM.

Affirmed.


LUCAS, C.J., and BLACK and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.